# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRANDON DONAHUE

VERSUS

SARAH ANN DONAHUE

NO.  2019 CW 0968

**SEP 1 8 2019**

In Re:   Sarah Barnett Donahue, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201313390.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WELCH, JJ.**

  **WRIT NOT CONSIDERED.**  Relator failed to provide a copy of the judgment, order, or ruling complained of (if by written judgment, order, or ruling); and a copy of pertinent court minutes in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5 (C)(6)&(10).

  Supplementation of this writ application and/ or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

  In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before **October 02, 2019** and must contain a copy of this ruling.

**VGW**
**JMG**
**JEW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT